IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS F. RISELEY,

        Plaintiff,                  No. 2:09-cv-1758 JFM (PC)

    vs.

WARDEN, MULE CREEK STATE PRISON,

        Defendant.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  On July 6, 2009, plaintiff filed a consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

        By order filed July 10, 2009, this action was dismissed pursuant to 28 U.S.C. § 1915 on the ground that plaintiff's sole allegation is that his property was lost and that his remedy lies in the provisions of California Government Code, §§ 900, et seq., California's state remedy for tort claims against public officials.  On July 16, 2009, plaintiff filed a motion for review of the July 10, 2009 order, accompanied by documents from plaintiff's use of the prison administrative grievance procedure.  Review of plaintiff's motion and the documents filed in

/////

1

1 | support thereof confirms the finding in this court's July 10, 2009 order that plaintiff's remedy
2 | lies, if at all, in the state tort system.
3 |     Accordingly, IT IS HEREBY ORDERED that plaintiff's July 16, 2009 request for
4 | review is granted and, upon review, this court's July 10, 2009 order is confirmed.
5 | DATED: August 20, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
rise1758.rec

2